Form 285

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 18–10983

IN THE MATTER OF:
Brandi Nichole Knight    xxx–xx–3668
aka Brandi N. Holbrook
113 Simmons Creek Court
Archdale, NC 27263

Debtor(s)

## NOTICE OF APPOINTMENT OF TRUSTEE AND MEETING OF CREDITORS

DATE FILED: 9/7/18
CREDITORS MEETING DATE: 10/22/18
**TAKE NOTICE** that Anita Jo Kinlaw Troxler is appointed Trustee; and take further

**NOTICE** that, pursuant to Standing Order of this Court, the Debtor, within four (4) days after receipt of this notice shall contact the Trustee's Office,

*Greensboro Chapter 13 Office*
*500 W. Friendly Ave.*
*P.O. Box 1720*
*Greensboro, NC 27402–1720*

at (336) 378–9164 for an interview appointment. Pursuant to 11 U.S.C. Section 1326 the Debtor shall commence making the payments proposed by the plan within 30 days after the plan is filed; and take further

**NOTICE** that the Meeting of Creditors pursuant to Section 341 (a) of the Bankruptcy Code herein be held in:

*Creditors Meeting Room*
*First Floor*
*101 South Edgeworth Street*
*Greensboro NC 27401*

on the date hereinabove noted at 01:30 PM ; and take further

**NOTICE** that the Debtor shall appear at the time and place appointed for the meeting of creditors for the purpose of being examined as provided by the Bankruptcy Code; and take further

**NOTICE** that after the conclusion of the Meeting of Creditors, all parties in interest and creditors will be notified of the deadline for filing objections to confirmation of the plan and the time, date and place of the hearing on any timely filed objections; and take further

**NOTICE** that pursuant to the Standing Order of this Court, the Debtor must maintain adequate collision insurance on any and all vehicles which are subject to lien and owned by the Debtor. In the event the Debtor fails to do so, the Trustee is authorized to direct that the vehicle be stored until evidence of proper insurance coverage is submitted; and take further notice that the Debtor may not incur additional debts nor transfer assets without authorization from the Trustee or the Court.

**Date: 9/8/18**

**cc: Debtor(s)**
    **Attorney for Debtor(s)**
    **Standing Trustee**

**U.S. Bankruptcy Court**

**OFFICE OF THE CLERK/**